UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                :

URBAN CONSTRUCTION, INC.,            :

              Plaintiffs,            :

                          :          22 Civ. 3486 (JPC)

        -v-              :

                          :          <u>ORDER</u>

THE TRAVELERS INDEMNITY COMPANY,   :

              Defendant.      :

                :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties have an Initial Pretrial Conference ("IPTC") scheduled on August 2, 2022.

Dkt. 9.  No later than seven days prior to the IPTC, the parties were ordered to submit a joint letter,

not to exceed five (5) pages, addressing the following in separate paragraphs:

(1)     A brief statement of the nature of the action and the principal defenses thereto;

(2)     A brief explanation of why jurisdiction and venue lie in this Court;

(3)     A brief description of all outstanding motions and/or all outstanding requests to file motions;

(4)     A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5)     A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6)     The estimated length of trial; and

(7)     Any other information that the parties believe may assist this Court in resolving the action.

Dkt. 6 at 1-2.  By that date, the parties also were ordered to submit to the Court a proposed case

management plan and scheduling order, a template of which is available at

https://www.nysd.uscourts.gov/hon-john-p-cronan.  *Id.*

The parties have not submitted the joint letter and a proposed case management plan and

scheduling order, which were due on July 26, 2022.  It is hereby ORDERED that the parties shall

submit the joint letter and proposed case management plan and scheduling order by July 29, 2022.

       SO ORDERED.

Dated: July 27, 2022
      New York, New York

_____
          JOHN P. CRONAN
       United States District Judge