```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                       :
URBAN CONSTRUCTION, INC.,                              :
                                                       :
                        Plaintiff,                     :
                                                       :         22 Civ. 3486 (JPC)
            -v-                                        :
                                                       :              ORDER
THE TRAVELERS INDEMNITY COMPANY,                       :
                                                       :
                        Defendant.                     :
                                                       :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On January 30, 2023, the Court set a briefing schedule for Defendant's motion for leave to file a third party complaint. Dkt. 23. In accordance with that briefing schedule, Defendant file its motion on February 13, 2023. Dkts. 24-26. The deadline for Plaintiff to file opposition papers—February 27, 2023—has passed, and the docket does not reflect any opposition from Plaintiff. Accordingly, Plaintiff's deadline to file opposition papers is adjourned *sua sponte* until March 3, 2023. If Plaintiff fails to file opposition papers by its new deadline to do so, the Court will treat Defendant's motion as unopposed.

      SO ORDERED.

Dated: February 28, 2023  
       New York, New York

                                            JOHN P. CRONAN  
                                            United States District Judge