| | | |
|---|---|---|
| **URBAN CONSTRUCTION, INC.** | : | **UNITED STATES DISTRICT COURT FOR** |
| | : | **THE SOUTHERN DISTRICT OF NEW YORK** |
| Plaintiff, | : | |
| -VS- | : | |
| | : | **CASE NO.: 1:22-CV-03486** |
| **THE TRAVELERS INDEMNITY COMPANY** | : | |
| | : | |
| Defendant. | : | **AFFIDAVIT OF MAILING** |
| | : | |

**STATE OF NEW JERSEY**  :
: ss.
**COUNTY OF MORRIS**  :

I, the undersigned, am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I am a citizen of The United States of America and employed by DGR Legal, Inc. in the County of Morris, State of New Jersey.

1. On March 24, 2023, I served by certified mail, return receipt requested, a copy of the Summons, Third-Party Complaint to Amguard Insurance Company c/o New York State Department of Financial Services at 1 Commerce Plaza, Suite 2003, Albany, NY 12257. See annexed.

2. On March 24, 2023, I deposited said envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service.

3. The article number for the aforementioned certified mail is:

   **Certified Article Number**
   9414 7266 9904 2195 9298 33
   **SENDER'S RECORD**

The above statements made by me are true and correct to the best of my knowledge, information and belief. I am aware that if any statement made by me is willfully false, I am subject to punishment.

_N. Mistry_
Nidhi Mistry

Sworn and subscribed to before me
this 24th day of March, 2023

_Melissa Giambattista_

**MELISSA GIAMBATTISTA**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 9/17/2024**

**DGR**
LEGAL



USERY & ASSOCIATES
485 LEXINGTON AVENUE
6TH FLOOR
NEW YORK, NY 10017

AMGUARD INSURANCE COMPANY C/O
NEW YORK STATE DEPARTMENT OF
FINANCIAL SERVICES
1 COMMERCE PLAZA
SUITE 2003
ALBANY, NY 12257

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 07950
02 7H
0006038585   $ 011.16
MAR 24 2023

RETURN RECEIPT REQUESTED
9434 7266 9904 2145 9296 33

**C** FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2195 9298 36

1. Article Addressed to:
AMGUARD INSURANCE COMPANY C/O
NEW YORK STATE DEPARTMENT OF
FINANCIAL SERVICES
1 COMMERCE PLAZA
SUITE 2003
ALBANY, NY 12257

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2195 9298 33

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                         ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type:
☒ Certified Mail

Reference Information
631624 1:22-CV-03486

PS Form 3811, Facsimile, July 2015                    Domestic Return Receipt

Thank you for using Return Receipt Service

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| URBAN CONSTRUCTION, INC.<br>*Plaintiff*<br>v.<br>THE TRAVELERS INDEMNITY COMPANY<br>*Defendant, Third-party plaintiff*<br>v.<br>AMGUARD INSURANCE COMPANY<br>*Third-party defendant* | Civil Action No. 1:22-cv-03486-JPC |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  AMGUARD INSURANCE COMPANY
44 R West Market Street
Wilkes-Barre, PA 18701

c/o New York State Department of Financial Services
1 State Street
New York, NY 10004-1511

A lawsuit has been filed against defendant The Travelers Indemnity Company, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Urban Construction, Inc.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Tung Sing Wong, Esq.
Usery & Associates
P.O. Box 2996
Hartford, CT 06104-2996

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew Kraus, Esq.
Chartwell Law
One Battery Park Plaza, 7th Floor, New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 3/13/2023

CLERK OF COURT

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*