```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
URBAN CONSTRUCTION, INC.,                                        :
                                                                 :
                           Plaintiff,                            :
                                                                 :
        -v-                                                      :
                                                                 :
THE TRAVELERS INDEMNITY COMPANY,                                 :
                                                                 :
                           Defendant.                            :
-----------------------------------------------------------------X
                                                                 :   22 Civ. 3486 (JPC)
THE TRAVELERS INDEMNITY COMPANY,                                 :
                                                                 :            ORDER
                           Third-Party Plaintiff,                :
                                                                 :
        -v-                                                      :
                                                                 :
AMGUARD INSURANCE COMPANY,                                       :
                                                                 :
                           Third-Party Defendant.                :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 24, 2023, Third-Party Plaintiff served Third-Party Defendant with Summons and the Third-Party Complaint, making Third-Party Defendant's deadline to respond April 14, 2023. Dkt. 35. That deadline has passed, and the docket does not reflect a response to the Third-Party Complaint from Third-Party Defendant. Accordingly, the Court adjourns *sua sponte* Third-Party Defendant's deadline to respond to the Complaint until April 21, 2023. If Third-Party Defendant once again fails to respond by its deadline to do so, Third-Party Plaintiff shall seek a Certificate of Default by April 28, 2023.

    SO ORDERED.

Dated: April 17, 2023
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                             United States District Judge