UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
URBAN CONSTRUCTION, INC.,              :
               :
          Plaintiff,                 :
               :
     -v-                                :
               :
THE TRAVELERS INDEMNITY COMPANY,   :
               :
          Defendant.             :
               :
------------------------------------------------------------------------X     22 Civ. 3486 (JPC)
               :
THE TRAVELERS INDEMNITY COMPANY,   :     ORDER
               :
          Third-party Plaintiff,      :
               :
     -v-                                :
               :
AMGUARD INSURANCE COMPANY,           :
               :
          Third-party Defendant.    :
               :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     By May 5, 2023, Third-party Plaintiff shall file a letter explaining why service via mail of the Third-party Complaint was proper.

     SO ORDERED.

Dated: April 26, 2023
      New York, New York

                                               JOHN P. CRONAN
                                      United States District Judge