```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
URBAN CONSTRUCTION, INC.,                                        :
                                                                 :
                            Plaintiff,                           :
                                                                 :
        -v-                                                      :
                                                                 :
THE TRAVELERS INDEMNITY COMPANY,                                 :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X      22 Civ. 3486 (JPC)
                                                                 :
THE TRAVELERS INDEMNITY COMPANY,                                 :              ORDER
                                                                 :
                            Third-party Plaintiff,               :
                                                                 :
        -v-                                                      :
                                                                 :
AMGUARD INSURANCE COMPANY,                                       :
                                                                 :
                            Third-party Defendant.               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

By May 8, 2023, the parties shall submit a joint status letter updating the Court as to discovery and, if necessary, proposing a new discovery schedule. The letter should also address how The Travelers Indemnity Company wishes to proceed as to its claims against defaulting Amguard Insurance Company.

SO ORDERED.

Dated: May 1, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge