# USERY & ASSOCIATES

| | | |
|---|---|---|
| RACHEL J. FAIN, ESQ.<br>Admitted in CT & NY | **MAILING ADDRESS:**<br>**P.O. BOX 2996**<br>HARTFORD, CT 06104-2996 | Direct Dial:  860-954-5122<br>Email: RFAIN@TRAVELERS.COM |

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

May 8, 2023

**Via ECF**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Urban Construction Inc. v. The Travelers Indemnity Company*
     **Civil Action No.: 1:22-cv-03486-JPC**

Dear Judge Cronan:

  The undersigned counsel on behalf of the Plaintiff Urban Construction Inc. ("Urban") and the Defendant The Travelers Indemnity Company ("Travelers") (collectively, the "Parties") submit this joint status letter in accordance with this Court's order entered on May 1, 2023.

  The Parties submit that they have exchanged written discovery and responses to requests for production. The deposition of Travelers remains outstanding. The parties propose an extension of the deadline to complete Travelers' deposition until June 30, 2023.

  On May 3, 2023, Third-party Plaintiff Travelers filed a Proposed Order to Show Case and Declaration for Judgment by Default against Third-Party Defendant AmGUARD Insurance Company ("AmGUARD").  On May 5, 2023, Travelers filed an Affidavit of Service of the Declaration for Judgment and the Proposed Order to Show Cause indicating that on the same date, Travelers served a copy of the documents on AmGUARD by regular and certified mail.  Travelers intends to continue to proceed to obtain a default against AmGUARD.  Urban intends to oppose Travelers' motion for a default judgment once the return date has been set by the Court.

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company* And its Property Casualty Affiliates

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA OFFICE:<br>10 SENTRY PARKWAY<br>SUITE 300<br>BLUE BELL, PA 19422 | CALIFORNIA OFFICE:<br>655 N CENTRAL AVENUE<br>SUITE 1100<br>GLENDALE, CA 91203 |
|---|---|---|---|

Respectfully submitted,

| | |
|---|---|
| ___/s/ Andrew J. Furman_____ | /s/ Rachel J. Fain_ |
| Andrew J. Furman, Esq. | Rachel J. Fain, Esq. |
| Chartwell Law | Usery & Associates |
| One Battery Park Plaza, Suite 710 | 485 Lexington Avenue, 6th Floor |
| New York, NY 10004 | New York, NY 10017 |
| afurman@chartwelllaw.com | rfain@travelers.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| **Urban Construction Inc.** | **The Travelers Indemnity Company** |

The Court will hold a status conference on May 25, 2023, at 9:30 a.m. via telephone to discuss the status of discovery and Travelers's anticipated motion for default judgment against AmGUARD. At the scheduled time, counsel for all parties should call 866-424-5269, access code 9176261. Travelers should be prepared to address why briefing on its motion should not be held in abeyance pending conclusion of the primary case, in which both parties have appeared. Urban should be prepared to address why it has standing to oppose Travelers's motion against AmGUARD, and the grounds for its opposition.

SO ORDERED.

May 9, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company* And its Property Casualty Affiliates

| CONNECTICUT OFFICE: ONE TOWER SQUARE MS04A-0000 HARTFORD, CT 06183 | NEW YORK OFFICE: 485 LEXINGTON AVENUE 6TH FLOOR NEW YORK, NY 10017 | PENNSYLVANIA OFFICE: 10 SENTRY PARKWAY SUITE 300 BLUE BELL, PA 19422 | CALIFORNIA OFFICE: 655 N CENTRAL AVENUE SUITE 1100 GLENDALE, CA 91203 |
|---|---|---|---|